

# EASTWEST
## LAW GROUP

Intellectual Property, Business & Immigration
3600 Wilshire Blvd. Suite 702, Los Angeles, CA 90010
http://www.ewpat.com; Telephone 213.387.3630; Facsimile 213.788.3365

April 28, 2015   MC15-126

VIA FEDEX

Copyright Agent
Sears Holdings Management Corporation
3333 Beverly Road
Hoffman Estates, IL 60179

FILED
CLERK, U.S. DISTRICT COURT
APR 29 2015
CENTRAL DISTRICT OF CALIFORNIA
BY                             DEPUTY

Attn: Legal Department – Subpoena

   RE:   **Subpoena and Notice of Infringement**
         **(Our Ref.: 7108BIZ130)**

Dear Sir or Madam:

   We represent Spigen, Inc. ("Spigen"). We provide this notice pursuant to Section 512 of Title 17 of the U.S. Code (as enacted by the "Online Copyright Infringement Liability Limitation Act") to request that Amazon.com, Inc. provide information sufficient to identify the seller "Spin Central City LLC" on Sears.com.

   Based on the information we have, we have a good faith belief that the materials located on and/or being distributed from the seller, Spin Central City LLC, are infringing Spigen's copyrights. Spigen's copyrighted works that have been infringed are numerous and hundreds of listings by the seller, Spin Central City LLC, infringe Spigen's copyrights. A few samples of the infringing materials are enclosed hereto as Exhibit A.

   I believe that the information in this notification is accurate. Under penalty of perjury, I hereby affirm that I am authorized to act on behalf of Spigen, whose exclusive intellectual property rights have been infringed by Spin Central City LLC. By providing this notice, Spigen is not waiving its rights to engage in other enforcement activities, and reserves all rights to do so at any time.

   In accordance with the terms of Section 512(h) of the Copyright Act, and on behalf of Spigen, we request the information specified in the subpoena so that Spigen can enforce legal rights against Spin Central City LLC.

   You may contact us at the above-listed contact details.

   Thank you for your cooperation and prompt response in this matter.

Respectfully,

/heedong chae/

Heedong Chae, Esq. (hdchae@ewpat.com)

# Exhibit A

| Sears Seller: Spin Central City LLC | Spigen's Copyrighted Photos |
|---|---|
|  Photo used for Sears.com Item # SPM8990913017 Model # B00DMKGTYQ |  Spigen Copyright Registration Number VA0001915830 |

| Sears Seller: Spin Central City LLC | Spigen's Copyrighted Photos |
|---|---|
| <br>Photo used for Sears.com<br>Item # SPM12046435819<br>Model # A0MNB1C36750 | <br>Spigen Copyright<br>Registration Number<br>VA0001905833 |

| Sears Seller: Spin Central City LLC | Spigen's Copyrighted Photos |
|---|---|
|  |  |
| Photo used for Sears.com<br>Item # SPM9914003925<br>Model # SGP10143 | Spigen Copyright<br>Registration Number<br>VA0001919769 |